UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
DEC 03 2013
CLERK

| | | |
|---|---|---|
| BONNIE PEASE | ) | Civ. 13-03003-RAL |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER AND JUDGMENT OF |
| BRENDA HYDE; DANNY KAEMINGK; | ) | DISMISSAL |
| TANYA REISER; and JOHN DOE | ) | |
| Defendants. | ) | |

Plaintiff Bonnie Pease ("Pease") filed a Complaint, Doc. 1, pursuant to 42 U.S.C. § 1983 on January 24, 2013. That same day, the Clerk of Court mailed Pease a Letter, Doc. 2, instructing Pease to fill out the enclosed Civil Rights Case Form, advising Pease of the requirement to pay the full filing fee of $350.00 even if she were granted in forma pauperis status, and instructing Pease to fill out the enclosed Application to Proceed in Forma Pauperis and Prisoner Trust Account Report. Pease did not return the enclosed forms as directed.

On October 15, 2013, this Court entered an Order, Doc. 3, providing Pease thirty additional days to submit an Application to Proceed in Forma Pauperis and a Prisoner Trust Account Report. Doc. 3. A copy of this Order was mailed to Pease at her correctional institute. On October 21, 2013, the Order was returned as undeliverable because Pease is deceased. Because Pease did not initially comply with this Court's Order and has now passed away, this Case shall be dismissed without prejudice.

Therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that the Complaint, Doc. 1, is dismissed

without prejudice and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated December 3rd, 2013.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE